1001200
ARDC# 6238227

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DORIS JANE NEUMANN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-CV-10507 |
| | ) | |
| v. | ) | Judge Aspen |
| | ) | |
| BORG WARNER MORSE TEC, LLC (sued | ) | |
| individually and as successor-in-interest | ) | |
| to BORG WARNER CORPORATION, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## UNION CARBIDE CORPORATION'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c)

Defendant, Union Carbide Corporation, by and through its attorneys, HEYL, ROYSTER, ALLEN, VOELKER requests this court grant its Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) and dismiss Plaintiff's Complaint against it for the reasons set forth in its accompanying Memorandum of Law in Support of this motion.

 UNION CARBIDE CORPORATION

BY:  s/Tobin J. Taylor
  HEYL, ROYSTER, VOELKER & ALLEN
  Tobin J. Taylor #6238227
  Andrew J. Keyt #6277778

HEYL, ROYSTER, VOELKER & ALLEN
300 Hamilton Boulevard
Post Office Box 6199
Peoria, IL 61601-6199
Telephone: 309.676.0400
Facsimile: 309.676.3374
*and*
HEYL, ROYSTER, VOELKER & ALLEN
33 North Dearborn St., 7th Floor
Chicago, IL 60602
Telephone: 312.853.8700
Facsimile: 312.782.0040
E-mail: chiecf@heylroyster.com

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 24th day of March, 2016, a copy of the foregoing instrument was electronically filed with the ECF System of the United States District Court for the Northern District of Illinois, Eastern Division, and sending all notifications of documents filed to all parties of record via electronic mail to the above cause.

                                                  s/Tobin J. Taylor
                                                  Tobin J. Taylor